**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER AND REQUEST FOR RESPONSE

Appellate case name:       In re Camp La Junta 1928, LP, Blake Smith, Camp La Junta, Inc., CLJ
                                        Management Systems, L.L.C.

Appellate case number:   01-15-00551-CV

Trial court case number:  2012-31192

Trial court:                    333rd District Court of Harris County

      On this day, the Court considered Relators' Emergency Motion to Stay Pending Resolution of Original Petition for Writ of Mandamus. The Motion is **DENIED**.

      The Court further requests a response to the Petition for Writ of Mandamus from the Real-Parties-In-Interest. Such response, if any, is due July 6, 2015.

      It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack_____
                Acting individually


Date:  June 22, 2015_____